UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-80609-BLOOM/Valle

CAROLE PLAISIR,

    Plaintiff,
v.

EXPERT CARE NURSING REGISTRY, INC.
and MICHELLE ANN-MARIE GREY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on May 11, 2017, *see* ECF No. [1], generating an August 9, 2017, service deadline. On August 9, 2017, the Court granted in part and denied in part Plaintiff's Motion to Extend Time to Perfect Service of Process, ECF No. [8], and ordered that service of process shall be effectuated by August 25, 2017. ECF No. [9]. On August 24, 2017, the Court granted in part and denied in part Plaintiff's Second Motion to Extend Time to Perfect Service of Process, ECF No. [10], and ordered that service of process shall be effectuated by September 25, 2017. ECF No. [11].

On September 22, 2017, the Court denied Plaintiff's Third Motion to Extend Time to Perfect Service of Process, ECF No. [12], noting that "Plaintiff has not set forth any additional good cause why service could not be effectuated within the extensions provided by the Court." ECF No. [13]. To date, Plaintiff has not filed proof of service or any evidence demonstrating service has been effectuated.

Case No. 17-cv-80609-BLOOM/Valle

Accordingly, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 26th day of September, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record